

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00163-CR

———————————————

ROCHELLE CAROL STRUVE, Appellant

V.

THE STATE OF TEXAS

———————————————

On Appeal from the 97th District Court
Montague County, Texas
Trial Court No. 2020-0110M-CR

———————————————

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss her appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: July 17, 2025